UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> IRENE GONZALEZ, individually and as the alter ego of ANYTIME, INC. Dba JJ's Bar aka JJ's Lounge; ANYTIME, INC., an unknown business entity dba JJ's Bar aka JJ's Lounge, <br><br> Defendants. | CASE NO. CV 00 750 RMT (Ex) <br><br> RENEWAL OF DEFAULT JUDGMENT |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendants IRENE GONZALEZ, individually and as the alter ego of ANYTIME, INC. Dba JJ's Bar aka JJ's Lounge; ANYTIME, INC., an unknown business entity dba JJ's Bar aka JJ's Lounge, jointly and severally, the Default Judgment entered on 8/2/00 (copy attached) is hereby renewed in the amounts as set forth below:

Renewal of money judgment

RENEWAL OF DEFAULT JUDGMENT - CASE NO. CV 00 750 RMT (Ex)

|   |                                              |            |
|---|----------------------------------------------|------------|
| a.| Total judgment                               | $6,800.00  |
| b.| Costs after judgment                         | $  -0-     |
| c.| Attorneys fees:                              | $  -0-     |
| d.| Subtotal *(add a and b)*                     | $6,800.00  |
| e.| Credits after judgment                       | $  -0-     |
| f.| Subtotal *(subtract d from c)*               | $6,800.00  |
| g.| Interest after judgment                      | $1,700.00  |
| h.| Fee for filing renewal application           | $  -0-     |
| i.| **Total renewed judgment** *(add e, 5, and g)* | $8,500.00 |

DATED: 6/18/10          CLERK, by  Lori Muraoka                        ,
                        Deputy

RENEWAL OF DEFAULT JUDGMENT - CASE NO. CV 00 750 RMT (Ex)